Edmunds-Bouvier Savings and Loan Association
*v.* New Amsterdam Casualty Company,
Appellant.

Argued April 18, 1957. Before JONES, C. J., CHID-SEY, ARNOLD, JONES and COHEN, JJ.

*E. Walter Helm, III,* with him *Raymond A. White, Jr.,* for appellant.

*A. Walling Levin,* for appellee.

OPINION PER CURIAM, May 27, 1957:

Judgment is affirmed on the comprehensive and able opinion of Judge GERALD F. FLOOD, reported in 8 D. & C. 2d 229.